# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-3167
_____

NATHANIEL A. TOLER,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Duval County.
Linda F. McCallum, Judge.

June 20, 2018


PER CURIAM.

   AFFIRMED.

ROBERTS, RAY, and KELSEY, JJ., concur.

_____

   ***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Nathaniel A. Toler, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Jason W. Rodriguez, Assistant Attorney General, Tallahassee, for Appellee.